IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEOBARDO MARES-MEDINA, *Petitioner,* | § | |
| vs. | § | SA-26-CV-06293-FB-KGS |
| TODD BLANCHE, *et al.*, *Respondents.* | § | |

**ORDER**

The District Court referred this case to the undersigned for all pretrial proceedings. ECF No. 4. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A).

Petitioner filed a Petion for Habeas Corpus, ECF No. 1, and a Motion for Preliminary Injunction requesting that the Court facilitate Petitioner's return to the United States or, in the alternative, order the Government to file an expedited supplemental response, ECF No. 3. The Government filed an Advisory arguing Petitioner's habeas petition is moot because the Government removed Petitioner to Mexico before the District Court entered its October 1, 2026, order staying removal. ECF No. 5. However, the Government did not provide a sufficient evidentiary basis for the factual assertions in its Advisory, instead relying upon the "information and belief" of the signatory AUSA. Additionally, in its Motion, the Petitioner appears to raise factual disputes concerning the assertions made by the Government in its Advisory.

The Court, therefore, **ORDERS** that, on or before **October 21, 2026**, the Government shall provide signed, sworn statements of any affiants/declarants who have personal knowledge of the circumstances surrounding Petitioner's removal attesting to the fact that the Government removed the Petitioner before the District Judge entered his October 1, 2026, order and all other factual assertions relied upon by the Government in its Advisory. The sworn statements shall also address whether the Government was aware of the instant habeas petition before it removed Petitioner to Mexico. The individuals giving these statements must be available to testify before the Court, should the Court determine such testimony is necessary.

The Court further **ORDERS** that, on or before **October 21, 2026**, the Government shall provide any documentation relied upon by the affiant/declarant as supporting the Government's factual assertions, including but not limited to any final order of removal.

**It is so ORDERED.**

SIGNED this 13th day of October, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**