IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEOBARDO MARES-MEDINA, *Petitioner,* | § | |
| | § | |
| vs. | § | SA-26-CV-06293-FB-KGS |
| | § | |
| TODD BLANCHE, *et al.*, *Respondents.* | § | |

## ORDER SETTING DEADLINE FOR PETITIONER'S RESPONSE TO MOTION

On October 9, 2026, the Government filed its Advisory of Petitioner's Removal, in which the Government requested "the Court deny or dismiss" the Petitioner's writ of habeas corpus "petition as moot." ECF No. 5. While styled as an "advisory," the Government seeks the dismissal of Mares-Medina's petition. Accordingly, the Government's advisory is a motion, which triggers a response deadline. To ensure that the Petitioner has notice of the motion and an opportunity to be heard, the Court:

**INSTRUCTS** the Clerk of Court to re-characterize the Government's Advisory, ECF No. 5, as a Motion to Dismiss the Petition (ECF No. 1).

If the Petitioner is opposed to dismissal of his Petition, ECF No. 1, the Court **ORDERS** that he must file a written response by **November 30, 2026**.

Similarly, if Petitioner wishes to reply to the Government's Response, ECF No. 8, which seeks denial of Petitioner's Motion for Preliminary

Injunction, ECF No. 3, the Court **ORDERS** that he must file a written reply by **November 30, 2026**.

**It is so ORDERED**.

SIGNED this 12th day of November, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**